UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

BROOKLYN DIVISION

_____

MAGNOLIA TORQUE & TESTING INC.                    26cv563 (PK)

VS.

MT. HAWLEY INSURANCE COMPANY          JANUARY 14th, 2026

**NOTICE OF APPEARANCE**

COMES NOW, J. Patten Brown, III, and moves the Court for an order entering his

appearance as local counsel for Magnolia Torque and Testing, Inc.

THE PLAINTIFF
MAGNOLIA TORQUE & TESTING INC.

*/s/J. Patten Brown, III*

J. PATTEN BROWN, III, ESQ.
Law Offices of Pat Brown
30 East Main Street
Avon CT, 06001
4 International Drive, 1st Floor
Rye, New York 10573
(860) 321-7722
fax: (860) 249-7058
jpb@patbrownlaw.com
NY Reg. No. 4607891
Ct Fed Bar No. ct27633
TN BPR No. 021970
La. Bar Roll No. 21503

<u>CERTIFICATION</u>

I hereby certify that on this 14th day of February, 2026, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing.  Parties may access this filing through the Courts CM/ECF System.

/s/ *J. Patten Brown, III*
J. PATTEN BROWN, III